Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





AMERICAN SAFETY CASUALTY
INSURANCE COMPANY,


 Appellant,


v.


R & A CONSULTANTS CORP.,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00005-CV



Appeal from


 205th District Court


of El Paso County, Texas


(TC # 2005-2558)





MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss the appeal with prejudice pursuant
to Tex.R.App.P. 42.1 because the parties have settled all matters in controversy. Further, Appellant
requests that we expedite issuance of the mandate. We grant the motion and dismiss the appeal with
prejudice. Further, we grant the request to expedite the mandate. Pursuant to the parties' agreement,
we assess costs against the party incurring same. See Tex.R.App.P. 42.1(d).


April 19, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.